IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 16-02281 WHA |
| Plaintiff, | |
| v. | |
| MICHAEL JOSEPH KROUSE, individually and d/b/a MADRONE ART BAR; and DIVISADERO 500, LLC, an unknown business entity d/b/a MADRONE ART BAR | **ORDER CONTINUING HEARING ON MOTION TO STRIKE AND CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

In light of the parties' stipulation, the hearing on plaintiff's motion to strike and the case management conference are hereby **CONTINUED** to **SEPTEMBER 8 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE