IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOSEPH KROUSE, individually and d/b/a Madrone Art Bar, and DIVISADERO 500, LLC, an unknown business entity d/b/a Madrone Art Bar, <br><br> Defendants. | No. C 16-02281 WHA <br><br> **ORDER DENYING REQUEST TO VACATE HEARING** |

On September 7, the parties filed a notice of settlement stating that they expect to file a stipulated dismissal promptly (Dkt. No. 24). They ask the Court to vacate the hearing on plaintiff's pending motion to strike, scheduled for September 8. That request is **DENIED**. The hearing remains as scheduled, and all deadlines remain in place until the parties file their stipulated dismissal.

**IT IS SO ORDERED.**

Dated: September 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE