Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Michael Joseph Krouse, et al <br><br> Defendants. | CASE NO. 3:16-cv-02281-WHA <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MICHAEL JOSEPH KROUSE, individually and d/b/a MADRONE ART BAR and DIVISADERO 500, LLC, an unknown business entity d/b/a MADRONE ART BAR |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants MICHAEL JOSEPH KROUSE, individually and d/b/a MADRONE ART BAR and DIVISADERO 500, LLC, an unknown business entity d/b/a MADRONE ART BAR, that the above-entitled action is hereby dismissed **without prejudice** against MICHAEL JOSEPH KROUSE, individually and d/b/a MADRONE ART BAR and DIVISADERO 500, LLC, an unknown business entity d/b/a MADRONE ART BAR and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by October 1, 2016, the dismissal shall be deemed to be **with prejudice.**

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 9/7/16

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 9/7/2016

_____
LAW OFFICES OF MATTHEW A. PARE, APC
By: Matthew A. Pare, Esquire
Attorneys for Defendant
MICHAEL JOSEPH KROUSE, individually and d/b/a MADRONE ART BAR and DIVISADERO 500, LLC, an unknown business entity d/b/a MADRONE ART BAR

**IT IS SO ORDERED:**

Dated:_____

_____
**The Honorable William Alsup**
**United States District Court**
**Northern District of California**

STIPULATION OF DISMISSAL
Case No. 3:16-cv-02281-WHA
PAGE 2

## PROOF OF SERVICE (SERVICE BY ELECTRONIC MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 7, 2016, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MICHAEL JOSEPH KROUSE, individually and d/b/a MADRONE ART BAR and DIVISADERO 500, LLC, an unknown business entity d/b/a MADRONE ART BAR**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Mr. Matthew A. Pare, Esq.<br>**LAW OFFICES OF MATTHEW A. PARE, APC**<br>823 Anchorage Place, Suite 101<br>Chula Vista, CA 91914<br>mattparelawca@gmail.com | (Attorneys for Defendants<br>Michael Joseph Krouse<br>and Divisadero 500, LLC) |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 7, 2016, at South Pasadena, California.

Dated: September 7, 2016            /s/ Taylor Gaitan
                                    **TAYLOR GAITAN**